DETERMINED IN THE

## FOURTH DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS,

## DURING THE YEAR 1907.

---

### East St. Louis Connecting Railway Company v. Jesse Meeker.

REMITTITUR—*excessive verdict may be cured by.* An excessive verdict may be cured by *remittitur*.

Action in case for personal injuries. Appeal from the City Court of East St. Louis; the Hon. W. J. N. MOYERS, Judge, presiding. Heard in this court at the August term, 1906. Affirmed upon remittitur. Opinion filed February 26, 1907.

E. C. KRAMER, J. H. HAMILL and M. V. JOYCE, for appellant.

DANIEL McGLYNN, SCHAEFER & FARMER and W. W. BORDERS, for appellee.

**Per curiam.** This case was before this court on appellant's appeal at a former term. The case then received full and painstaking consideration, and the judgment of the trial court was reversed and the cause remanded. It comes back to us again on this appeal with the same verdict and same judgment as on the former appeal. The state of the evidence is so nearly the same as that appearing on that appeal that we do not deem it necessary to restate or rediscuss it

1

here.   Our opinion, then filed, is reported in 119 Ill. App., 27.

Upon a review of the whole case as it stands in the record now before us, we have reached the conclusion that the verdict is clearly excessive, and that in all other respects the judgment should be affirmed.   And it is ordered and adjudged by this court that if appellee shall file a *remittitur* with the clerk of this court, of $10,000, during the present term of this court, the judgment of the City Court of East St. Louis be affirmed in the sum of $15,000; and if such *remittitur* be not filed, the said judgment be reversed and the cause remanded.

Appellee having filed a *remittitur* with the clerk of this court, of $10,000, during the present term of this court, viz., on March 1, 1907, it is on this the 7th day of March, A. D. 1907, the same being one of the judicial days of said term, ordered and adjudged by the court that the judgment of the City Court of East St. Louis be and the same is affirmed in the sum of $15,000.

*Affirmed upon remittitur.*